DEVARY, Movant, v. WINCHESTER BAKERY, Opposed.

Court of Appeals of Kentucky.

May 9, 1939.

Marcus C. Redwine for movant.

Jouett & Metcalf, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

GIBBS, Administratrix De Bonis Non With the Will Annexed of Sommers, Movant, v. CITIZENS SAVINGS BANK, Opposed.

Court of Appeals of Kentucky.

May 16, 1939.

Albert Karnes for movant.

J. D. Mosquot, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

GIBBS, Administratrix De Bonis Non With the Will Annexed of Sommers, Movant, v. CITY OF PADUCAH, Opposed.

Court of Appeals of Kentucky.

May 16, 1939.

Albert Karnes for movant.

Eaton & Eaton, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.